# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARBERA,<br><br>      Plaintiff,<br><br>v.<br><br>KATE BEDRICK PR, LLC,<br><br>      Defendant. | Case No. 2:24-cv-03505-SB-PVC<br><br>FINAL JUDGMENT |

Pursuant to the Court's order denying Plaintiff's request to effectuate service through the California Secretary of State, Plaintiff's claims are dismissed without prejudice for lack of prosecution.

Date: September 4, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1